UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN FOSTER HOLMAN,<br><br>                   Plaintiff,<br>    v.<br>BARACK HUSSEIN OBAMA,<br><br>                   Defendant. | Case No. 3:15-cv-00011-MMD-VPC<br><br>ORDER |

Before the Court is plaintiff's application for a status check as to the disposition of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, for Failure to State a Claim ("Motion to Dismiss") (dkt. no. 18) pursuant to Local Rule 7-6(b). (*See* dkt. no. 22.) The Motion to Dismiss was filed on July 24, 2015, and was ripe and fully submitted to the Court on August 18, 2015. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions submitted after February 28, 2015, and will be moving through them chronologically. Defendant's Motion to Dismiss does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases.

DATED THIS 27th day of October 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE